ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| JSR ECC LLC | ) ASBCA Nos. 61540, 61541 |
| | ) |
| Under Contract No. W912DY-11-D-0029 | ) |

APPEARANCE FOR THE APPELLANT:     Glenn A. Sweatt, Esq.
                                  Pillsbury Winthrop Shaw Pittman LLP
                                  Palo Alto, CA

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                  Engineer Chief Trial Attorney
                                  Maria T. Guerin, Esq.
                                  John A. Skarbek, Esq.
                                  Engineer Trial Attorneys
                                  U.S. Army Engineer District, Philadelphia

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: March 14, 2019

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61540, 61541, Appeals of JSR ECC LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals